UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Javier Oliver Sanchez, | No. 2:23-cv-01192-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Sebastian Garcia, | |
| Defendant. | |

Good cause appearing, and in accordance with Federal Rule of Civil Procedure 4(m), plaintiff's motion to extend the period to effectuate service of process is **granted.**  The time-period to effectuate service of process upon defendant shall be extended by sixty (60 days),[1] and the Initial Scheduling Conference set for October 19, 2023 is VACATED and RESET for December 12, 2023 at 2:30 pm, with the parties' joint pretrial statement due 14 days prior.

This order resolves ECF No. 8.

IT IS SO ORDERED.

DATED: September 18, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court cautions plaintiff that any future motion for administrative relief must comply with Local Rule 233.

1